UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| GALEN MEDICAL GROUP, P.C., | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:08-cv-014 |
| | ) | |
| v. | ) | JUDGE COLLIER |
| | ) | |
| TRAVELERS CASUALTY and SURETY COMPANY OF AMERICA, | ) ) | MAGISTRATE JUDGE LEE |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a), Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this cause, with prejudice, with each party bearing its own discretionary costs.


HORTON, MADDOX & ANDERSON, PLLC

By:     s/Michael E. Richardson
Michael E. Richardson
BPR No. 7191
835 Georgia Avenue
Suite 600
Chattanooga, TN  37402
(423) 265-2560
Fax:  (423) 265-3039

Counsel for Galen Medical Group, P.C.

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.

By:     s/John C. Harrison
John C. Harrison
BPR No. 7308
1800 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450-1800
(423) 756-2010
Fax: (423) 752-9541

Counsel for Travelers Casualty and
Surety Company of America